IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL TRACTOR CO., INC., <br> and ELIAT LEV (Counter-Defendant), <br> <br> Plaintiffs, <br> <br> v. <br> <br> JERRY WINN, <br> <br> Defendant/Counter-Plaintiff. | Civil No. 3:09-0015 <br> Judge Trauger |

## **O R D E R**

A status conference was held in this case on March 1, 2010, pursuant to the request of defendant Winn (Docket No. 35), which is hereby **GRANTED**. It is further **ORDERED** that all deadlines in this case are **STAYED**, pending a decision by the court on the defendant's Motion to Dismiss For Failure to Prosecute And/Or For Sanctions (Docket No. 38). Further, the Unopposed Motion to Extend Time For Defendant/Counter-Plaintiff to Make Expert Witness Disclosures (Docket No. 41) is **GRANTED**.

It is so **ORDERED**.

ENTER this 1st day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge