IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL TRACTOR CO., INC., | ) | |
| and ELIAT LEV (Counter-Defendant), | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0015 |
| | ) | Judge Trauger |
| JERRY WINN, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**O R D E R**

The Motion For Leave to File Motion For Partial Summary Judgment filed by defendant Jerry E. Winn (Docket No. 43) is **GRANTED**. The Clerk shall file Docket Nos. 43-1 through 43-10.

It is hereby **ORDERED** that the plaintiffs shall respond to this motion by April 28, 2010.

It is so **ORDERED**.

ENTER this 7th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge