IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL TRACTOR CO., INC. and EILAT LEV, | ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | |
| v. | ) ) | Case No. 3:09-0015 Judge Trauger |
| JERRY E. WINN, | ) ) ) | |
| Defendant/Counter-Plaintiff, | ) ) | |

**ORDER**

For the reasons expressed in the accompanying Memorandum, Jerry Winn's Motion for Partial Summary Judgment (Docket No. 45) is **GRANTED IN PART and DENIED IN PART**. All claims against Winn in this litigation are hereby **DISMISSED WITH PREJUDICE**, but issues of fact prevent the court from finding against both counter-defendants for a certain amount on Winn's money had and received claim. Winn's Motion to Dismiss for Failure to Prosecute and/or for Sanctions (Docket No. 38) is **DENIED AS MOOT** as to the "dismissal" portion and **DENIED WITHOUT PREJUDICE** as to the "sanctions" portion.

Winn's Motion to Extend Upcoming Deadlines in Case Management Order (Docket No. 34) is **TERMED.** Pursuant to the court's April 1, 2010 Order (Docket No. 42), all discovery deadlines in this case remain **STAYED** and a status conference will be held in Judge Trauger's chambers on June 14, 2010 at 11:00 a.m.

It is so ordered.

Enter this 13th day of May 2010.

_____
ALETA A. TRAUGER
United States District Judge