IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL TRACTOR CO., INC. and EILAT LEV,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY E. WINN,<br><br>Defendant. | Civil Action No. 3:09-0015<br><br>JURY DEMAND |

## FOURTH AMENDED CASE MANAGEMENT ORDER

This case came before the court on the joint motion of plaintiffs/counter-defendants International Tractor Co., Inc. ("ITC") and Eilat Lev ("Lev") collectively ("Plaintiffs") and defendant/counter-plaintiff Jerry E. Winn ("Winn" or "Defendant") to revise the Case Management Order entered in this action. Based upon the parties agreement and for good cause shown, the court grants the motion and establishes the following deadlines for the remainder of this case:

1. MOTIONS TO AMEND: The parties shall file all Motions to Amend on or before September 3, 2010.

2. DISCOVERY: The parties shall complete all written discovery and depose all fact witnesses on or before September 16, 2010.

3. DISCLOSURE OF EXPERTS: All parties shall identify and disclose expert witnesses and expert reports on or before October 15, 2010.

4. DISPOSITIVE MOTIONS: The parties shall file all dispositive motions (or renew motions previously filed) on or before November 18, 2010. Responses to dispositive

motions shall be filed within twenty-one (21) days after service. Optional replies shall be filed within seven (7) days after service of the response. Briefs shall not exceed **20 pages**. No motion for partial summary judgment shall be filed except upon leave of court. Any party wishing to file such a motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the court.

     5.    DEPOSITIONS OF EXPERT WITNESSES: The parties shall depose all expert witnesses on or before November 5, 2010.

     6.    All other provisions in this court's third amended case management order (Document 57) remain unaffected by entry of this order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

*s/ Garry K. Grooms*
Robert C. Goodrich, Jr.
Garry K. Grooms
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

Counsel for Jerry E. Winn