# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL TRACTOR CO., INC., ) <br> and ELIAT LEV (Counter-Defendant), ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JERRY WINN, ) <br> ) <br> Defendant/Counter-Plaintiff. ) <br> ) | Civil No. 3:09-0015 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that a discovery telephone conference shall be held in this case on Tuesday, September 28, 2010, at 1:30 p.m.

It is so **ORDERED**.

ENTER this 24th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge