IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL TRACTOR CO., INC., and ELIAT LEV (Counter-Defendant), | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:09-0015 Judge Trauger |
| JERRY WINN, | ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

## O R D E R

A discovery dispute telephone conference was held with the parties on September 28, 2010. It is hereby **ORDERED** that the plaintiffs shall supplement all outstanding discovery by 5:00 p.m. on Monday, October 4, 2010. If the defendant is not satisfied with that supplementation, the defendant may file a motion to compel.

It is further **ORDERED** that the defendant shall produce outstanding document discovery by 12:00 noon on Wednesday, September 29, 2010.

It is so **ORDERED**.

ENTER this 28th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge