# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL TRACTOR CO., INC. and EILAT LEV, <br><br> Plaintiffs, <br><br> v. <br><br> JERRY E. WINN, <br><br> Defendant. | Civil Action No. 3:09-0015 <br><br> JURY DEMAND |

## SIXTH AMENDED CASE MANAGEMENT ORDER

This case came before the court on the joint motion of plaintiffs/counter-defendants International Tractor Co., Inc. ("ITC") and Eilat Lev ("Lev") collectively ("Plaintiffs") and defendant/counter-plaintiff Jerry E. Winn ("Winn" or "Defendant") to revise the Case Management Order entered in this action. Based upon the parties agreement and for good cause shown, the court grants the motion and establishes the following deadlines for the remainder of this case:

1. DISCLOSURE OF EXPERTS: All parties shall identify and disclose expert witnesses and expert reports on or before November 12, 2010.

2. DEPOSITIONS OF EXPERT WITNESSES: The parties shall depose all expert witnesses on or before November 30, 2010.

3. DISPOSITIVE MOTIONS: The parties shall file all dispositive motions (or renew motions previously filed) on or before December 17, 2010. Responses to dispositive motions shall be filed within twenty-one (21) days after service. Optional replies shall be filed within seven (7) days after service of the response. Briefs shall not exceed 20 pages. No motion

for partial summary judgment shall be filed except upon leave of court. Any party wishing to file such a motion shall first file a separate motion that gives the justification for filing a partial summary judgment motion in terms of overall economy of time and expense for the parties, counsel and the court.

    It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

*s/ Garry K. Grooms*
Robert C. Goodrich, Jr.
Garry K. Grooms
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

Counsel for Jerry E. Winn


*s/ Jack S. Jennings (with permission)*
Jack S. Jennings
H. DENNIS PANTER & ASSOCIATES, LLC
1827 Powers Ferry Road
Building 10, Suite 200
Atlanta, GA 30339


*s/ Jennifer a. Lawson (with permission)*
Jennifer A. Lawson
Attorney at Law
343 Harrison Street
Nashville, TN 37219

Counsel for International Tractor Co., Inc.
and Eilat Lev


16411N:082256:869238:1:NASHVILLE