# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL TRACTOR CO., INC. and EILAT LEV, <br><br>Plaintiffs, <br><br>v. <br><br>JERRY E. WINN, <br><br>Defendant. | Civil Action No. 3:09-0015 <br><br>**JURY DEMAND** |

## SEVENTH AMENDED CASE MANAGEMENT ORDER

This case came before the court on the joint motion of plaintiffs/counter-defendants International Tractor Co., Inc. ("ITC") and Eilat Lev ("Lev") collectively ("Plaintiffs") and defendant/counter-plaintiff Jerry E. Winn ("Winn" or "Defendant") to revise the Case Management Order entered in this action. Based upon the parties agreement and for good cause shown, the court grants the motion and revises the following deadlines in the current scheduling order:

1. CONTINUED DEPOSITION OF EILAT LEV: The deposition of Eilat Lev shall recommence on November 18, 2010.

2. DISCLOSURE OF EXPERTS BY DEFENDANT JERRY WINN: Defendant Jerry Winn shall identify and disclose expert witnesses and expert reports on or before November 30, 2010.

3. DEPOSITIONS OF EXPERT WITNESSES: The parties shall depose all expert witnesses on or before December 17, 2010.

Except as modified herein, the existing scheduling order in this action shall remain

unchanged.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

*s/ Garry K. Grooms*
Robert C. Goodrich, Jr.
Garry K. Grooms
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

Counsel for Jerry E. Winn


*s/ Jack S. Jennings (with permission)*
Jack S. Jennings
H. DENNIS PANTER & ASSOCIATES, LLC
1827 Powers Ferry Road
Building 10, Suite 200
Atlanta, GA 30339


*s/ Jennifer a. Lawson (with permission)*
Jennifer A. Lawson
Attorney at Law
343 Harrison Street
Nashville, TN 37219

Counsel for International Tractor Co., Inc.
and Eilat Lev

16411N:082256:872475:1:NASHVILLE