# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL TRACTOR CO., INC., and ELIAT LEV, ) ) ) Plaintiffs, ) ) v. ) ) JERRY WINN, ) ) Defendant. ) | Civil No. 3:09-0015 Judge Trauger |

## **O R D E R**

Plaintiffs' counsel has advised that the plaintiffs "intend to file bankruptcy before the start of the trial." (Docket No. 93 at 1) The pretrial conference in this case is scheduled for this Friday, June 24, 2011. At the time that either plaintiff files for protection under the bankruptcy code, the automatic stay will go into effect to halt the proceedings as to the counterclaim, and the debtor will be obligated to have the bankruptcy trustee proceed on its/his behalf on the claims in the Complaint. If both plaintiffs do not file for bankruptcy protection, the non-debtor plaintiff may proceed with the claims in this case as plaintiff, and the counterclaim may be pursued against the plaintiff who has not sought bankruptcy protection.

It is hereby **ORDERED** that the pretrial conference will proceed on Friday, June 24, 2011, with the participation of plaintiffs' counsel, who have not been allowed to withdraw, unless the court is informed that both plaintiffs/counter-defendants have filed for bankruptcy protection.

It is so **ORDERED**.

ENTER this 22nd day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge